"0514.

Order issued December 3, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-11-01510-CV

---

**TRACY NGUYEN, Appellant**

**V.**

**RODOLFO J. MYERS, Appellee**

---

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-09853-A**

---

# O R D E R

Before the Court is appellee Rodolfo J. Myers's November 29, 2012 Motion for Leave to

Participate in Oral Argument or, in the Alternative, for the Court to Direct Counsel for Appellee to

Participate in Oral Argument. We **GRANT** the motion and give appellee leave to participate in oral

argument in this case.

_____
ROBERT M. FILLMORE
PRESIDING JUSTICE